JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 2:14-cv-5357 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| ALLEN MANNING, AKA ALLEN S. MANNING, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Allen Manning, aka Allen S. Manning, in the principal amount of $18,059.98 plus interest accrued to July 10, 2014, in the sum of $6,574.45; with interest accruing thereafter at $1.22 daily until entry of judgment, for a total amount of  $**24,678.93**.

DATED: 10/24/14               By: TERRY NAFISI
                                   Clerk of the Court

                                   Deputy Clerk
                                   United States District Court

Page 1